# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF

JUN - 1 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CA

| | |
|---|---|
| KAMAL A. SEFELDEEN,<br><br>　　　Plaintiff - Appellant,<br><br>v.<br><br>EDWARD ALAMEDA, JR., Director of Corrections; et al.,<br><br>　　　Defendants - Appellees. | No. 05-15809<br>D.C. No. CV-02-01078-FCD<br><br>**ORDER** |

This appeal has been taken in good faith　[✓]

This appeal is not taken in good faith　[ ]

Explanation: _____

_____

_____

_____

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　Date: May 31, 2005